UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN-PAUL EL WOODRUFF,<br><br>      Plaintiff,<br><br>    v.<br><br>MASON MCDUFFIE MORTGAGE CORPORATION, et al.,<br><br>      Defendants. | Case No. 22-cv-03124-VC<br><br>**REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP** |

Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby REFERRED to Judge William H. Orrick for consideration of whether the case is related to *The League of American Autochthon Heirs et al v. Mason McDuffie Mortgage Corporation et al*, No. 22-mc-80008.

**IT IS SO ORDERED.**

Dated: 7/25/2022

_____
VINCE CHHABRIA
United States District Judge